UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cr-00017-RLY-CSW |
| ) | |
| LAURI CUPP, ) | -06 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On September 2, 2025, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed on August 6, 2025. (Docket. No. 641). Defendant Lauri Cupp appeared in person with her appointed counsel Dax Womack. The government appeared by Lauren Wheatley, Assistant United States Attorney. U. S. Probation appeared by Officer Allie Cole.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 645). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Cupp of her rights and provided her with a copy of the petition. Defendant orally waived her right to a preliminary hearing.

2. After being placed under oath, Defendant Cupp admitted violation numbers 1, 2, and 3. (Docket No. 641).

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."** <br><br> As previously reported to the court, on March 18, 2025, Ms. Cupp tested positive for amphetamines and cocaine. On March 31, 2025, Ms. Cupp admitted to weekly use of methamphetamine. |
| 2 | **"The defendant shall participate in a substance abuse treatment program at the direction of the probation officer, which may include no more than eight drug tests per month. The defendant shall abstain from the use of all intoxicants, including alcohol, while participating in a substance abuse treatment program. The defendant is responsible for paying a portion of the fees of substance abuse testing and/or treatment."** <br><br> Ms. Cupp failed to report for random drug screens on July 17, July 21, July 23, July 29, and July 31, 2025. Ms. Cupp failed to attend her individual therapy appointment on July 21, 2025. |
| 3 | **"The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer."** <br><br> Ms. Cupp has failed to respond to phone calls, emails, text messages, mail, and attempted home contact between July 23, 2025, to August 4, 2025. Ms. Cupp failed to appear for two |

          scheduled meetings at the United States Probation Office on July 31, 2025, and August 5, 2025.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade **B** violation.

   (b) Defendant's criminal history category is **VI**.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **21 to 27** months imprisonment.

5. The parties jointly recommended a sentence of twenty-four (24) months with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or his designee for a period of twenty-four (24) months with no further supervision, upon release from imprisonment.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties elected to waive the fourteen-day period to object to the Report and Recommendation.

Date: September 3, 2025

*Crystal S. Wildeman*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.